# Exhibit A

## Policy No. PBP 2855775 01

# STATE AUTO
Insurance Companies

S

TO: INSURED

**TAYLOR FORTUNE GROUP TENNESSEE
LLC DBA: AND TF GROUP LLC
4633 SANFORD ST
METAIRIE, LA 70006**

Your Independent Agent

**ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067**

MAILER.DIRFLAT

Issue Date  01/14/2020          05:06:53 PM

# STATE AUTO
## Insurance Companies

**PBP 2855775  01**

**S**

Acct. Number  CB00652901

| **Your Independent Agent** |

**TO: INSURED**

**TAYLOR FORTUNE GROUP TENNESSEE
LLC DBA: AND TF GROUP LLC
4633 SANFORD ST
METAIRIE, LA 70006**

ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067

Thank you for insuring with State Auto Insurance Companies. Attached is information about your new business, renewal or policy change. Please contact your agent with any questions.

Your coverages are listed on the attached declarations pages. Any new or revised coverage forms are attached.

The State Auto Insurance Companies and your independent agent strive to provide overwhelming service to you. Please let us know how we can best serve your needs.

***ENCLOSED DOCUMENTS ARE POLICY INFORMATION ONLY. YOUR BILL WILL BE MAILED SEPARATELY, IF NEEDED.***

If you have questions concerning policy payment status, please call Customer Service at 833-724-3577 (833-SAHELPS).

# STATE AUTO
### Insurance Companies

Corporate Headquarters
518 East Broad Street
P.O. Box 182822
Columbus, OH 43218-2822
614-464-5000

## POLICY INFORMATION

| Insured | Independent Agent |
|---|---|
| TAYLOR FORTUNE GROUP TENNESSEE LLC DBA: AND TF GROUP LLC 4633 SANFORD ST METAIRIE, LA 70006 | ELITE INSURANCE SOLUTIONS 1894 GENERAL GEORGE PATTON DR FRANKLIN, TN 37067 |

Your policy documents are enclosed. Please contact your agent if you have any questions.
Your bill will be sent separately.

## STATEMENT OF ACCOUNT

| Total Premium | Policy Number | Due Date |
|---|---|---|
| $█████ | PBP  2855775  01 | 02/05/2020 |

Thank you for letting us serve your insurance needs.

*//*PS0045-201910

d  2019 State Automobile Mutual Insurance Company. All rights reserved.

Issue Date  01/14/2020        05:06:53 PM

0014225    Printed:
01/15/20   01:45:32

# NEW PROTECTION AGAINST
# CYBER ATTACK AND CYBER EXTORTION
# NOW AVAILABLE

**Named Insured And Mailing Address:**

TAYLOR FORTUNE GROUP TENNESSEE
LLC DBA: AND TF GROUP LLC
4633 SANFORD ST
METAIRIE, LA 70006

**Agent Name And Address:**

ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067

(615) 371-5400

**CyberSecure Quotation For:**   PBP   2855775      01

**Policy Period:** 02/05/2020   **To:**  02/05/2021

Your professional independent insurance agent has designed your State Auto business insurance policy to protect you against the financial consequences of many unfortunate events.

However, your policy does not include a new coverage we've developed to guard against loss due to the ever increasing exposure of Computer Attacks. Businesses today depend increasingly upon computer technology to function, grow and prosper. Parties with ill intent are increasingly seeking to steal data, extort money, and disrupt your business operations through computer technologies.

Our new product includes coverage to:
* Respond to Cyber Extortion and Denial of Service Attacks;
* Restore or recreate lost data;
* Pay to remediate damage to software;
* Recover loss of income due to computer system downtime;
* Develop a public relations strategy to minimize reputational risk;
* Protect against legal actions alleging your lack of system security allowed damage to a third party; and
* Protect against legal action stemming from information you've displayed on a website causing damages to a third party.

Your current policy **does not** provide coverage for these expenses.

State Auto had developed a new coverage option that can help your business deal with the financial consequences of a Cyber Attack or Cyber Extortion. It's called **CyberSecure**. It pays expenses described above and it defends your business against lawsuits resulting from a Cyber Attack or Cyber Extortion.

**CyberSecure at a $100,000 limit can be added to your business insurance policy during this policy term for an annual premium of $████.**

**Higher limits may be available. A basic limit of $50,000 may also be available with some reduced coverage.**

Please contact your State Auto agent for more information, or to request that **CyberSecure** be attached to your policy.

**STATE AUTO**
Insurance Companies

**PBP  2855775   01**

MOBDEC    PBP  2855775  01 01/14/2020 FO6 TAYL CPP * R    41ELIT0005590  070006

NAMED INSURED AND MAILING ADDRESS:

**TAYLOR FORTUNE GROUP TENNESSEE**
**LLC DBA: AND TF GROUP LLC**
**4633 SANFORD ST**
**METAIRIE, LA 70006**

AGENT NAME AND ADDRESS:

**ELITE INSURANCE SOLUTIONS**
**1894 GENERAL GEORGE PATTON DR**
**FRANKLIN, TN 37067**

**(615) 371-5400**

*Dear Valued Customer,*

*Thank you for allowing us to provide your important insurance protection.  Your satisfaction with your insurance coverage is essential to us and we would like to keep you informed about changes to your policy.*

*Please take a moment and review the notices listed below.   These notices are intended to make you aware of important changes such as coverage broadenings, reductions or restrictions.  Your careful review is appreciated.*

*If you have any questions about these changes, please contact your insurance agency at the address and phone number shown above.*

*Again, thank you for placing your insurance with State Auto Insurance Companies!*

## POLICYHOLDER  INFORMATION

| | |
|---|---|
| CG 67 6  04 95 | Retain Original Policy Documents |
| PN 02 39 07 07 | If You Have a Claim |
| PS 00 33 03 14 | Legal Advice Policy Stuffer |
| PS 00 11 07 07 | Notice of Premium Audit |
| MC 78    03 91 | Contractors - Hiring Subcontractors - SAVE Information |
| PS 00 28 01 12 | Data Compromise Breach Helpline |
| PS 00 38 01 14 | Data Compromise Breach E-Risk Hub Stuffer |

0014227     Printed:
01/15/20    01:45:32

Issue Date   01/14/2020          05:06:53 PM

# POLICYHOLDER DISCLOSURE -
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act (Act), as amended, that you have a right to purchase insurance coverage for losses arising out of certified acts of terrorism. The term "certified act of terrorism" means any act that is certified by the Secretary of the Treasury - in accordance with the provisions of the federal Terrorism Risk Insurance Act - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that coverage provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 80% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided on the policy Declarations page and does not include any charges for the portion of loss covered by the federal government under the act.

LIMITATION ON PAYMENT OF TERRORISM LOSSES
You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer's liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.
If you purchase this coverage on an umbrella policy, you must also purchase this coverage for underlying general liability policies.

In the context of a newly issued policy or renewal offer, this form becomes part of the application for this coverage.

**You may select terrorism insurance coverage as follows:**
The portion of your annual policy premium that is attributable to coverage for certified acts of terrorism is shown on the declarations page. If you wish to reject this coverage, please read and complete the form below.

**You may reject terrorism insurance coverage as follows:**
You may elect to decline coverage for certified acts of terrorism. However, if your policy covers property located in a state with a fire following statutory requirement, the terrorism exclusion makes an exception for fire losses to such covered property resulting from certified acts of terrorism. If you choose to decline coverage for certified acts of terrorism, that rejection is not applicable to fire losses to property in those states resulting from certified acts of terrorism, unless excepted by statute or other regulatory means. A separate premium is displayed on the declarations page for coverage for fire losses that result from certified acts of terrorism.

To reject coverage, you must 'X' the box below, sign your name, print your name, date this form and return it to the company within 30 days. If you choose not to reject this coverage, you do not need to return this form.

| | I hereby elect to exclude losses arising from certified acts of terrorism and understand that I will have no coverage for losses resulting from certified acts of terrorism. I understand that if I exclude certified acts of terrorism coverage, coverage will not be available until my next renewal. |
|---|---|

<br>

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

State Auto Property and Casualty Insurance Co.
_____
Insurance Company

PBP   2855775   01
_____
Policy Number

<br><br>

41   —   0005590

ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067


(615) 371-5400

<br><br>

**PN0083 (01/15) Page 2 of 2**
*//*PN0083-201501

# POLICYHOLDER DISCLOSURE -
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act (Act), as amended, that you have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury -- , in concurrence with the Secretary of State, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that coverage provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided on the policy Declarations page and does not include any charges for the portion of loss covered by the federal government under the act.

LIMITATION ON PAYMENT OF TERRORISM LOSSES

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer's liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

If you purchase this coverage on an umbrella policy, you must also purchase this coverage for any underlying liability policies.

In the context of a newly issued policy or renewal offer, this form becomes part of the application for this coverage.

**You may select terrorism insurance coverage as follows:**

The portion of your annual policy premium that is attributable to coverage for certified acts of terrorism is shown on the declarations page. If you wish to reject this coverage, please read and complete the form below.

**You may reject terrorism insurance coverage as follows:**

You may elect to decline coverage for certified acts of terrorism. However, if your policy covers property located in a state with a fire following statutory requirement, the terrorism exclusion makes an exception for fire losses to such covered property resulting from certified acts of terrorism. If you choose to decline coverage for certified acts of terrorism, that rejection is not applicable to fire losses to property in those states resulting from certified acts of terrorism, unless excepted by statute or other regulatory means. A separate premium is displayed on the declarations page for coverage for fire losses that result from certified acts of terrorism.

**PN 00 83 01 08 Page 1 of 2**
*//*PN0083-200801

To reject coverage, you must 'X' the box below, sign your name, print your name, date this form and return it to the company within 30 days. If you choose not to reject this coverage, you do not need to return this form.

| X | I hereby elect to exclude losses arising from certified acts of terrorism and understand that I will have no coverage for losses resulting from certified acts of terrorism. I understand that if I exclude certified acts of terrorism coverage, coverage will not be available until my next renewal. |
|---|---|

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

State Auto Property and Casualty Insurance Co.
Insurance Company

PBP 2855775 01
Policy Number

41 - 0005590

ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067

(615) 371-5400

**PN 00 83 01 08 Page 2 of 2**
*//*PN0083-200801

# POLICYHOLDER DISCLOSURE -
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act (Act), as amended, that you have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury -- , in concurrence with the Secretary of State, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that coverage provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided on the policy Declarations page and does not include any charges for the portion of loss covered by the federal government under the act.

LIMITATION ON PAYMENT OF TERRORISM LOSSES

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer's liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

If you purchase this coverage on an umbrella policy, you must also purchase this coverage for any underlying liability policies.

In the context of a newly issued policy or renewal offer, this form becomes part of the application for this coverage.

**You may select terrorism insurance coverage as follows:**

The portion of your annual policy premium that is attributable to coverage for certified acts of terrorism is shown on the declarations page. If you wish to reject this coverage, please read and complete the form below.

**You may reject terrorism insurance coverage as follows:**

You may elect to decline coverage for certified acts of terrorism. However, if your policy covers property located in a state with a fire following statutory requirement, the terrorism exclusion makes an exception for fire losses to such covered property resulting from certified acts of terrorism. If you choose to decline coverage for certified acts of terrorism, that rejection is not applicable to fire losses to property in those states resulting from certified acts of terrorism, unless excepted by statute or other regulatory means. A separate premium is displayed on the declarations page for coverage for fire losses that result from certified acts of terrorism.

**PN 00 83 01 08 Page 1 of 2**
*//*PN0083-200801

To reject coverage, you must 'X' the box below, sign your name, print your name, date this form and return it to the company within 30 days. If you choose not to reject this coverage, you do not need to return this form.

| X | I hereby elect to exclude losses arising from certified acts of terrorism and understand that I will have no coverage for losses resulting from certified acts of terrorism. I understand that if I exclude certified acts of terrorism coverage, coverage will not be available until my next renewal. |
|---|---|

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

State Auto Property and Casualty Insurance Co.
_____
Insurance Company

PBP 2855775 01
_____
Policy Number

41 - 0005590

ELITE INSURANCE SOLUTIONS
1894 GENERAL GEORGE PATTON DR
FRANKLIN, TN 37067

(615) 371-5400

**PN 00 83 01 08 Page 2 of 2**
*//*PN0083-200801



Insurance Companies

**STATE AUTO**

# YOUR  BUSINESS  POLICY  RENEWAL

## PLEASE  RETAIN  YOUR  ORIGINAL  POLICY  FOR
## A  COMPLETE  DESCRIPTION  OF  YOUR  COVERAGE

STATE  AUTO  INSURANCE  COMPANIES

**CG 676 04 95 Page** 1 **of** 1
*//*CG 676 04 95

Issue Date  01/14/2020        05:06:53 PM

0014234      Printed:
01/15/20     01:45:32



**STATE AUTO**
Insurance Companies

**Thank you for allowing us to serve your insurance needs**

---

# STATE AUTO Claim Handlers:

### Fair, Friendly and Fast

**State Auto is proud of the service we provide our policyholders when they have a claim. We hope you never have a claim but, if you do, we want to make it as painless and worry-free as possible. We're committed to providing service that's fast - as well as fair and friendly. In fact, we pledge to make an honest effort to contact you within two hours of the time we receive the report of your loss.\***

**Please notify your agent as soon as feasible if you have a claim. The sooner your agency knows about your loss, the sooner they can report it to us so we can begin working with you to handle the claim.**

\*   Although we always want to accomplish the two-hour contact time mentioned in our pledge - and we usually do call within that time period - we're sure you understand that may be impossible at certain unusual times such as when we're faced with a large weather-related catastrophe affecting many people in the same area.

---

**To report a claim:**
- \* **Call your agent or**
- \* **Call State Auto directly at 833-724-3577 (833-SAHELPS) or**
- \* **Report your claim on StateAuto.com**

**PN 02 39 07 07 Page 1 of 1**
\*//\*PN 02 39 07 07

# STATE AUTO
### Insurance Companies

## LEGAL ADVICE LINE
## HELP FROM EMPLOYMENT ATTORNEYS IS A TOLL-FREE CALL AWAY

Making an employment decision that could put you at risk? Wondering how the new employment laws may affect you? Call **1-877-529-4375 (1-877-LAW-4EPL).**

The Legal Advice Line is a complimentary service exclusively **for** policyholders with our Employment Practices Liability (EPL) insurance program. Through this service, an experienced attorney - well-versed in federal and state employment laws - can give you general counsel on a range of employment issues, including:
*  Whether an employee may have a claim against you
*  Legal implications of decisions or actions you are considering
*  New employment laws and how they affect you
*  Other employment law-related questions

**Prevention Is The Best Medicine**.
Specialized employment defense lawyers can help you prevent employment-related claims and charges with advice on questions such as:
*  Hiring - essentials for every job applicant
*  Firing - what to do/not do
*  Discrimination - issues of age, race, gender or other forms of discrimination
*  Family and Medical Leave Act - who FMLA applies to
*  Sexual or other harassment - creating a harassment-free workplace
*  Performance reviews - what to cover

**Call 1-877-529-4375 for Employment Legal Advice.**
The Legal Advice Line **staff** will take note **of** your inquiry and **refer** it to an experienced employment attorney who will respond within the next business day. All communications are strictly confidential and subject to attorney-client privileges. There is no cost or obligation.

**More Help Is Online.**
Your EPL insurance program also provides you with complimentary access to StateAuto.EmployerProtection.net, an online employment-related website which features many resources to help you prevent employee charges and lawsuits.

**Your Protection Against Conflict And Claims.**
Today, you can't afford not to protect yourself from employee accusations and claims. The risks and stakes are too high. And, **for** you, the solution is simple. Use the materials at StateAuto.EmployerProtection.net. Give employees clear rules and procedures. Give your managers tools and training to treat employees fairly and consistently. And give yourself the proof of compliance and good faith efforts you'll need if an employee makes a claim.

Like most business owners, you're already worried about employee lawsuits.
Go to StateAuto.EmployerProtection.net.
Get help.
Get protection.
And get a better night's sleep.

This service is for general advice and guidelines on employment decisions but will not provide advice as to whether or not a personnel action should be taken regarding a particular person.

**PS 00 33 03 14 Page 1 of 1**
*//*PS0033-201403*

**STATE AUTO**
Insurance Companies

# ATTENTION POLICYHOLDER

### Notice of Premium Audit

When we issue a General Liability or Workers Compensation insurance coverage, we base its premiums on estimated values over the upcoming policy period, such as payroll, sales or the cost of work subcontracted to others. Throughout the policy period, the actual values may fluctuate from the amounts used to estimate the policy premium.

To determine the actual values developed over the policy period, we may conduct a premium audit at the end of the term by way of an accounting records review. This review may be by telephone, mail, or a physical examination of the business's accounting records by a State Auto representative.

Final premiums are then adjusted up or down, based on how the actual values compared to the originally estimated values.

**Here are some suggestions that can help make the premium audit process take as little of your time as possible, yet result in the most accurate calculation of your actual premium:**

1. Before your scheduled appointment with the auditor, have your payroll and sales records ready for review for the policy period being audited.

2. Payroll should include an itemized list of all employees and all labor used, and their payroll including overtime, commissions and bonuses for each job duty performed.

3. Sales include the total gross income from the sale and/or installation of goods you sold.

4. If you hire any subcontractors, be prepared to provide the names and the total cost of labor and materials used or delivered for use in the execution of work done by each contractor.

5. The auditor will also ask to review the liability certificates of insurance for the subcontractors doing work on your behalf.

We recommend you require certificates of insurance from all of your subcontractors and keep them on file. Not only can this practice help protect you from the financial consequences of losses caused by your subcontractors, it can also help you avoid potentially higher premium charges than if this important risk management control were not in place.

By maintaining proper accounting records and providing information as requested during the premium audit, you help to manage your overall insurance costs.

**Please contact your State Auto agent should you have any questions relating to your policy.**

**PS 00 11 07 07 Page 1 of 1**
*//*PS 00 11 07 07

# ATTENTION CONTRACTORS - IT 'S TIME TO SAVE!

Protect yourself from needless costs and liabilities. Follow these important steps when working with subcontractors.

 **S** afety programs are essential for your subcontractors as well as your own employees.

> For the safety of all workers on your job sites, it's essential that subcontractors observe the loss control regulations you've established for your business.

> Make sure that the contracts you sign require your subcontractors to comply with all state safety requirements, as well as your own safety standards. The documents should also specify that if subcontractors in turn hire subcontractors, the latter must also comply.

> Clearly state your own safety regulations within the contract. Be sure to describe the steps you will take if any subcontractor fails to correct an unsafe condition on the job. This way, everyone knows what's expected - - and what will happen if standards are not met.

 **A** greements with your subcontractors on their responsibilities should be entered into before work begins.

> Hold-Harmless Agreements are an important form of protection for your business. When written in your favor, these legal documents confirm that your subcontractors will assume liability for Bodily Injury or Property Damage losses arising from their actions - - whether suffered by the public or by another contractor's employees on the job site.

> Hold-Harmless Agreements are a vital supplement to Certificates of Insurance. These documents confirm that subcontractors are responsible for their own work - - as well as their own insurance protection. Make sure that both are received before your subcontractors begin their activities. Remember that these documents should certify protection for the full duration of the subcontractor's job.

 **V** erify insurance protection is secured by all subcontractors before work begins.

> The subcontractors you hire should carry their own General Liability, Automobile Liability and Workers Compensation insurance. Their failure to do so can cost you in two ways:

> > ' In many states, subcontractors who do not carry their own coverage are treated as your employees for insurance purposes. (Their employees would also be treated as part of your work force.) This may increase the cost of your General Liability and Workers Compensation insurance.

*//*MC78-199103

Issue Date  01/14/2020        05:06:53 PM

0014238    Printed:
01/15/20   01:45:32

**STATE AUTO**
Insurance Companies

' As general contractor, you may be held responsible for the work of your subcontractors. If they have no insurance, you may have to pay for Bodily Injury or Property Damage losses arising from their actions. State law may also require you to pay for injuries suffered by uninsured subcontractors or their employees, if these injuries occur on your job site.

Help prevent these problems by requiring that all subcontractors supply Certificates of Insurance for General Liability, Auto Liability and Workers Compensation coverages before they start work. File these documents in a secure place -- and check with subcontractors regularly to make certain coverage has not lapsed or been cancelled. Coverage must remain in force for the entire period your subcontractors will be on the job.

While we cannot suggest what limits will be adequate, the following may be used as a guideline. These are the minimum limits required to save you the cost of providing for your Subcontractors' protection under your coverage.

### Minimum General Liability Coverage

' $300,000 Products/Completed Operations Aggregate
' $300,000 General Aggregate
' $300,000 Any One Occurrence (Coverage A)
' $300,000 Any One Person or Organization (Coverage B)

**NOTE:** Your subcontractors' General Liability coverage must be written on an occurrence basis.

IF THE WORK BEING PERFORMED BY SUBCONTRACTORS IS UNUSUALLY HAZARDOUS, YOU SHOULD REQUIRE HIGHER GENERAL LIABILITY LIMITS. Your agent can help you establish the proper limits for greater-than-average exposures.

### Minimum Automobile Liability Coverage

$300,000 Each Accident

**NOTE:** Your subcontractors' Auto Liability coverage should be written to cover all owned and non-owned autos.

### Minimum Employers Liability Coverage
(Coverage "B" on the Workers Compensation Policy)

$100,000 Each Accident
$100,000 Each Employee for Injury by Disease
$500,000 Aggregate for Injury by Disease

E nter each job with the security of knowing you've protected yourself and your subcontractors.

Your agent will be glad to answer any questions you have about protection for you and your subcontractors. We encourage you to take these steps today to protect yourself and those who work for you.

0014239   Printed:
01/15/20  01:45:32

**STATE AUTO**
Insurance Companies

# IMPORTANT INFORMATION

This notice describes an additional benefit being provided to you as a State Auto policyholder with Data Compromise Plus coverage. Please review this document carefully and contact your agent if you have any questions.

### STATE AUTO INSURANCE IDENTITY RECOVERY HELP LINE

### 1-800-414-9783

This policy provides you access to the State Auto Insurance Identity Recovery Help Line. The identity recovery help line can provide individuals who qualify as an "identity recovery insured" with:

1) Information and advice for how to respond to a possible "identity theft"; and
2) Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

An "identity recovery insured" means:
    **a.** An individual or sole proprietor when the policyholder is described as an Individual or Sole proprietor.
    **b.** The current partners when the policyholder is described as a partnership.
    **c.** All the individuals having 20% or more ownership interest for policyholders described as a corporation or other organization. However, if no one has an ownership position of 20% or more, then the" identity recovery insured" will be the chief executive officer or with respect to a religious institution, the senior ministerial employee.

**No coverage is provided by this notice nor can it be construed to replace any provision of your policy. This notice is only intended to bring more attention to this valuable service which is part of the Data Compromise Plus coverage you have elected to purcase. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail.**

**Please refer to your policy for the actual terms, coverage amounts, conditions and exclusions. If you have any questions, or wish to increase or reduce your limits, please contact your independent State Auto Insurance agent.**

**PS 00 28 01 12 Page 1 of 1**
*//*PS0028-201201

**STATE AUTO**
Insurance Companies

## Be Prepared for a Data Breach!

### Check Out The eRisk Hub Risk Management Portal!

You've taken a great first step toward protecting your business from a data breach by purchasing a State Auto business insurance policy with our exclusive Data Compromise Plus coverage.

However, if your organization suffers a data breach, would you be prepared? As we all know from the news, even very large companies aren't always ready to respond. Yet, when a breach occurs, time is of the essence.

Now you can develop an effective data breach response plan in advance of a crisis that can help you be prepared, protect your customer relationships, and protect your business reputation.

As part of your Data Compromise Plus coverage, State Auto provides you an online data breach portal that equips you with a risk management tool to help you be prepared should a breach occur. There is no cost to you! This is a complimentary service to you as a State Auto Data Compromise Plus policyholder.

The portal is called **eRisk Hub**, and it's designed to help you better understand your risks and establish a response plan so you can minimize the financial effects of a data breach should one occur.

### Key Features of the eRisk Hub Portal

* Incident Response Plan Roadmap - suggested steps to take following a data breach
* Online Training Modules - ready-to-use training on privacy Best Practices and Red Flag Rules
* Risk Management Tools - assist you in managing our cyber risk, including state notification laws
* News Center - cyber risk and security news stories, helpful industry links, security blogs
* Learning Center - Best Practices stories and webinars from leading cyber security experts
* eRisk Resources - a directory to quickly find external resources on pre- and post-breach disciplines

### Register for eRisk Hub Now

To access the eRisk Hub portal, all you need to do is register and set up your unique User ID and Password.  Just follow these steps:

* Go to www.stateauto.com and click on Insurance at the top of the page. Next, select Business in the left menu box. Use the link on the right of the page titled **Data Compromise Plus**. From this page, click on the link **eRisk Hub** in the center of the page.
* Complete the information in the center of the page, including your name and company. Please note that your User ID and Password are case-sensitive.
* Enter your assigned **access code: 12116-4**.
* Enter the challenge word on the screen and click "Submit".
* You will get a "Registration Complete" message on the next screen. You can now login to the portal.

**PS 00 38 01 14  Page 1 of 1**
*//*PS0038-201401

0014241    Printed:
01/15/20  01:45:32

**STATE AUTO**
Insurance Companies

**PBP 2855775   01**

# PREFERRED BUSINESS POLICY COMMON DECLARATIONS

| NAMED INSURED AND MAILING ADDRESS:<br>First Named Insured Is Specified To Be:<br><br>**TAYLOR FORTUNE GROUP TENNESSEE**<br>**LLC DBA: AND TF GROUP LLC**<br>**4633 SANFORD ST**<br>**METAIRIE, LA 70006** | AGENT NAME AND ADDRESS:<br><br>**ELITE INSURANCE SOLUTIONS**<br>**1894 GENERAL GEORGE PATTON DR**<br>**FRANKLIN, TN 37067** | |
|---|---|---|
| POLICY PERIOD:<br><br>**From: 02/05/2020   To: 02/05/2021** | AGENT TELEPHONE NUMBER:<br><br>**(615) 371-5400** | AGT. NO.<br><br>**0005590** |
| COVERAGE PROVIDED BY:<br>**State Auto Property and Casualty Insurance Co.** | A STATE AUTO INSURED SINCE:<br>                                **2019** | |
| AUDITABLE POLICY:<br>**Yes** | POLICY STATUS:<br>**Renewal** | AFTER-HOURS CLAIMS SERVICE:<br>**1-877-SA-CLAIM  or  www.stateauto.com** |

The coverage and these declarations are effective 12:01 AM Standard Time on **02/05/2020**   at the above mailing address.

| BUSINESS ENTITY TYPE:<br>**Ltd Liability Co** | BILLING ACCOUNT NUMBER:<br>**CB00652901**<br>**Eft Monthly** | BILLING QUESTIONS?<br>**Call 833-724-3577** |
|---|---|---|
| BUSINESS DESCRIPTION:         **Refrigeration** | | |

Upon valid payment of premium when due, these renewal declarations continue your policy for the period indicated. In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### PREMIUM SUMMARY BY COVERAGE PARTS AND POLICIES

This policy consists of the following coverage parts or policies for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PARTS | PREMIUMS |
|---|---|
| Commercial Property Coverage Part | $ ▮ |
| Commercial General Liability Coverage Part | $ ▮ |
| Employment Practices Liability Coverage Part | $ ▮ |
| **SELF-CONTAINED POLICIES** | |
| Commercial Umbrella Policy | $ ▮ |
| Terrorism (included in total below) | $ ▮ |
| POLICY TOTAL AT INCEPTION | $ ▮ |

These declarations together with the Common Policy Conditions and coverage form(s) and any endorsement(s) identified on these declarations and attached to your policy complete the above numbered policy.

**Countersigned** _____ **By** _____

(Date)                                                                 (Authorized Representative)

Issue Date   01/14/2020          05:06:53 PM          **SI 50 00 (01/04)    Page 001 of 002**

0014242          Printed:
01/15/20          01:45:32

**STATE AUTO**
Insurance Companies

# FORMS AND ENDORSEMENTS
## APPLICABLE TO ALL COVERAGE PARTS

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|-----|--------------------------------------|-------------------------------------------------------------------------------------------------------------------------------|
|     | SI 00 17 11 98                       | Common Policy Conditions                                                                                                      |
|     | SI 10 08 01 16                       | Common Policy Jacket                                                                                                          |
|     | SI 11 00 01 04                       | Installment Payments                                                                                                         |
|     | IL 00 03 09 08                       | Calculation of Premium                                                                                                      |
|     | IL 02 50 09 08                       | Tennessee Changes - Cancellation and Nonrenewal                                                                              |
| *   | PN 00 83 01 15                       | Notice of Terrorism Insurance Coverage                                                                                       |
| *   | PN 00 83 01 08                       | Notice of Terrorism Insurance Coverage                                                                                       |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

**STATE AUTO**
Insurance Companies

**PBP  2855775   01**

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises  0001     Building  001 |
|---|---|

| Building Address | Construction/Protection Class |
|---|---|
| 2940 Foster Creighton Dr<br>Nashville, TN 37204 | Construction: Modified Fire Resistive<br>Protection Class 04 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0567 | Contractor |

### COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Building | $1,128,296<br>Inflation Guard:   4% | Special Form | $2,500 | 80% | Replacement Cost | $■ |
|  |  | Terrorism Insurance Coverage |  |  |  | $■ |
| Business Personal Property | $747,240<br>Inflation Guard:   4% | Special Form | $2,500 | 80% | Replacement Cost | $■ |
|  |  | Terrorism Insurance Coverage |  |  |  | $■ |
| Business Income: Actual Loss Sustained; 12 month limitation |  | Special Form |  |  |  | $■ |
|  |  | Period of Restoration - 72 Hour Time Period is Eliminated |  |  |  |  |
|  |  | Terrorism Insurance Coverage |  |  |  | $■ |

MOBDEC   PBP 2855775 01 01/14/2020 FO6 TAYL CPP*R   41ELIT0005590 070006

**STATE AUTO**
Insurance Companies

**PBP 2855775   01**

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0002   Building 001 |
| --- | --- |

| **Building Address** | **Construction/Protection Class** |
| --- | --- |
| 5542 E Raines Rd<br>Memphis, TN 38115 | Construction: Joisted Masonry<br>Protection Class 02 |

| CLASS CODE | OCCUPANCY |
| --- | --- |
| 0567 | Contractor |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| Building | $1,060,409<br>Inflation Guard: 4% | Special Form | $2,500 | 80% | Replacement Cost | $▉ |
|  |  | Terrorism Insurance Coverage |  |  |  | $▉ |
| Business Personal Property | $663,728<br>Inflation Guard: 4% | Special Form | $2,500 | 80% | Replacement Cost | $▉ |
|  |  | Terrorism Insurance Coverage |  |  |  | $▉ |
| Business Income: Actual Loss Sustained; 12 month limitation | | Special Form<br>Period of Restoration - 72 Hour Time Period is Eliminated | | | | Included |

Issue Date  01/14/2020          05:06:53 PM          **SP 50 01 (01/04)  Page  002 of 006**

0014245     Printed:
01/15/20   01:45:32



## STATE AUTO
Insurance Companies

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0003    Building 001 |
|---|---|

| Building Address | Construction/Protection Class |
|---|---|
| 517 Liberty Rd Ste 1<br>Flowood, MS 39232 | Construction: Joisted Masonry<br>Protection Class 03 |

| CLASS CODE | OCCUPANCY |
|---|---|
| 0567 | Contractor |

## COVERAGES PROVIDED

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | COINSURANCE % | LOSS PAYMENT BASIS | PREMIUM |
|---|---|---|---|---|---|---|
| Business Personal Property | $273,000<br>Inflation Guard:  4% | Special Form | $2,500 | 80% | Replacement Cost | $█ |
|  |  | Terrorism Insurance Coverage |  |  |  | $█ |
| Business Income: Actual Loss Sustained; 12 month limitation |  | Special Form<br>Period of Restoration - 72 Hour Time Period is Eliminated |  |  |  | Included |

Terrorism (included in total below)                                                          $█

Total Property Premium                                                                             $█

Premier Property Plus Endorsement                                                         $█

Total Commercial Property                                                                         $█

**STATE AUTO**
Insurance Companies

**PBP 2855775  01**

## FORMS AND ENDORSEMENTS
### APPLICABLE TO THE COMMERCIAL PROPERTY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| | CP 00 90 07 88 | Commercial Property Conditions |
| | CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| | CP 00 10 10 12 | Building and Personal Property Coverage Form |
| | IL 09 52 01 15 | Cap on losses from Certified Acts of Terrorism |
| | CP 10 30 10 12 | Causes of Loss-Special Form |
| | SP 10 07 10 16 | Premier Property Plus Endorsement |
| | CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| | SP 00 15 01 05 | Business Income Changes |
| | CP 15 56 06 07 | Business Income Changes - Beginning Of The Period Of Restoration (No Waiting Period) |
| | IL 09 52 01 08 | Cap on losses from Certified Acts of Terrorism |
| | IL 02 82 09 08 | Mississippi Changes - Ca ncellation and Nonrenewal |
| | IL 01 19 10 12 | Mississippi Changes |
| * | IL 09 99 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | IL 09 96 01 07 | Conditional Exclusion of Terrorism |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

0014247              Printed:
01/15/20          01:45:32

**STATE AUTO**
Insurance Companies

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

The coverages provided are described in the coverage forms and endorsements attached to your policy and identified in these declarations.  The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

### Premier Property Plus Endorsement Schedule of Coverages Per SP 10 07

| OPTIONAL COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|
| Accounts Receivable | $250,000 | Included |
| Additional Covered Property | Included | Included |
| Arson and Theft Reward | $50,000 | Included |
| Backup of Sewers and Drains | $500,000 | Included |
| Brands and Labels | Included | Included |
| Building Glass Damage - $500 deductible | Included | Included |
| Business Income and Extra Expense | $250,000 | Included |
| Business Income - Dependent Properties | $250,000 | Included |
| Business Personal Property - Seasonal Automatic Increase | 25% | Included |
| Claim Data Expense | $10,000 | Included |
| Computer Coverage | $50,000 | Included |
| Consequential Damage | $50,000 | Included |
| Credit Card Slips | $10,000 | Included |
| Debris Removal | $250,000 | Included |
| Difference in Value - Leased Equipment | Included | Included |
| Electronic Data | $25,000 | Included |
| Employee Theft | $25,000 | Included |
| Extended Business Income | 90 consecutive days | Included |
| (only if Business Income Coverage is endorsed) | | |
| Fine Arts (with breakage) | $50,000 | Included |
| Fire Department Service Charge | $50,000 | Included |
| Fire Extinguisher Recharge Expense | $10,000 | Included |
| Forgery or Alteration | $10,000 | Included |
| Inflation Guard - Buildings and Your Business Personal Property | 4% | Included |
| Lock Replacement | $10,000 | Included |
| Money Orders and Counterfeit Paper Currency | $10,000 | Included |
| Money and Securities | $25,000 In/$25,000 Out | Included |
| Newly Acquired or Constructed Property | | |
| (1) Building | $2,000,000 | Included |
| (2) Your Business Personal Property | $1,000,000 | Included |
| (3) Time Limitation | 90 Days | Included |
| Non Owned Detached Trailers | $50,000 | Included |
| Ordinance or Law: | | |
| Undamaged Portion (Coverage A) | Building Limit | Included |
| Debris Removal (Coverage B) | $500,000 | Included |
| Increased Cost of Construction (Coverage C) | $500,000 | Included |
| Outdoor Property - $2,500 for any one tree, shrub or plant: | $50,000 | Included |
| Outdoor Signs | $50,000 | Included |

(Continued On Next Page)

**STATE AUTO**
Insurance Companies

**PBP  2855775    01**

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

The coverages provided are described in the coverage forms and endorsements attached to your policy and identified in these declarations.  The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

### Premier Property Plus Endorsement Schedule of Coverages Per SP 10 07

| OPTIONAL COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|
| Personal Effects and Property of Others | $50,000 | Included |
| Pollutant Clean Up and Removal | $100,000 | Included |
| Premises - Boundary | 1,000 feet | Included |
| Property Off-Premises | $100,000 | Included |
| Tenants Glass - $500 deductible | $15,000 | Included |
| Tenant Lease Obligation | $15,000 | Included |
| Utility Services - Direct Damage | $100,000 | Included |
| Utility Services - Time Element | $250,000 | Included |
| (only if Business Income Coverage is endorsed) | | |
| Valuation Provision | $5,000 or Less | Included |
| Valuable Papers and Records (Other Than Electronic Data) | $250,000 | Included |

**Terrorism (included in total below)**                                   **Included**
**Premier Property Plus Endorsement Premium**               $

0014249     Printed:
01/15/20    01:45:32

 **STATE AUTO**
Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| COMMERCIAL GENERAL LIABILITY COVERAGE LIMITS OF INSURANCE: |
|---|

| | | |
|---|---|---|
| Each Occurrence Limit | $1,000,000 | |
|    Damage To Premises Rented To You Limit | $100,000 | Any One Premises |
|    Medical Expense Limit | $5,000 | Any One Person |
| Personal And Advertising Injury Limit | $1,000,000 | Any One Person or Organization |
| General Aggregate Limit | $2,000,000 | |
| Products - Completed Operations Aggregate Limit | $2,000,000 | |

| AUDIT PERIOD |
|---|

Annual

00142SO    Printed:
01/15/20   01:45:32

**STATE AUTO**
Insurance Companies

PBP **2855775** 01

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0001 |
|---|---|

| Location Address | Territory |
|---|---|
| 2940 Foster Creighton Dr<br>Nashville, TN 37204 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 98636 | Refrigeration Systems Or Equipment-Dealers And Distributors And Installation, Servicing Or repair-Commercial |

| PREMIUM BASIS | $429,678 Payroll |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1000 | $ ■ | $ ■ |
| ADVANCE PREMIUMS | | $ ■ | $ ■ |

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0003 |
|---|---|

| Location Address | Territory |
|---|---|
| 517 Liberty Rd Ste 1<br>Flowood, MS 39232 | 001 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 98636 | Refrigeration Systems Or Equipment-Dealers And Distributors And Installation, Servicing Or repair-Commercial |

| PREMIUM BASIS | $120,000 Payroll |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1000 | $ ■ | $ ■ |
| ADVANCE PREMIUMS | | $ ■ | $ ■ |



**STATE AUTO**
Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES | Continued |
|---|---|

| LOCATION RATING CODE   9999 | TERRITORY   503 |
|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 49950 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |

| PREMIUM BASIS | 2 Addl Interest |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1 | $█ | |
| ADVANCE PREMIUMS | | $█ | |

| LOCATION RATING CODE   9999 | TERRITORY   503 |
|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 49950 | Notice Of Cancellation - Scheduled Party SI 10 21 |

| PREMIUM BASIS | 2 Addl Interest |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1 | $█ | |
| ADVANCE PREMIUMS | | $█ | |

| LOCATION RATING CODE   9999 | TERRITORY   503 |
|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 84000 | Liability Plus Endorsement (See SL 1202 Attached) |

| PREMIUM BASIS | % Of GL Premium | PREMIUM | $█ |
|---|---|---|---|

**STATE AUTO**
Insurance Companies

MOBDEC   PBP 2855775 01 01/14/2020 FO6 TAYL CPP*R   41ELIT0005590 070006

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES | Continued |
|---|---|

| LOCATION RATING CODE | 9999 | TERRITORY | 503 |
|---|---|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 84002 | Premier Liability Plus Endorsement (See SL 4000 Attached) |

| PREMIUM BASIS | % Of GL Premium | PREMIUM | $■ |
|---|---|---|---|

| LOCATION RATING CODE | 9999 | TERRITORY | 503 |
|---|---|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 84003 | Contractors Plus Endorsement (See SL 1011 Attached) |

| PREMIUM BASIS | % Of GL Premium | PREMIUM | $■ |
|---|---|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 25121 | Data Compromise Plus Coverage  $50,000 |

| PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| 1 Units | 1 | $■ | $■ |

| PREMIUM | |
|---|---|
| Terrorism (included in total below) | $■ |
| Total Advance Premium (Subject To Audit): | $■ |

**STATE AUTO**
Insurance Companies

# FORMS AND ENDORSEMENTS
### APPLICABLE TO THE COMMERCIAL GENERAL LIABILITY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| | IL 00 21 09 08 | Nuclear Energy Exclusion |
| | CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| | CG 00 01 04 13 | Commercial General Liability Coverage Form |
| | SL 20 04 01 06 | Exclusion - Lead Liability |
| | SL 20 02 01 06 | Asbestos Exclusion |
| | CG 24 26 04 13 | Amendment of Insured Contract Definition |
| | CG 21 47 12 07 | Employment - Related Practices Exclusion |
| | CG 21 06 05 14 | Exclusion - Access or Disclosure of Confidential or Personal Information And Data-related Liability - With Limited Bodily Injury Exception Endorsement |
| | IL 00 17 11 98 | Common Policy Conditions |
| | CG 21 70 01 15 | Cap on Losses From Certified Acts of Terrorism |
| | CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| | SL 20 51 12 11 | Amendment of Contractual Liability Exclusion |
| | IL 02 82 09 08 | Mississippi Changes - Cancellation and Nonrenewal |
| | SI 10 21 06 10 | Notice of Cancellation And Nonrenewal Scheduled Party |
| | SL 12 02 12 15 | Liability Plus Endorsement |
| | SL 40 00 12 15 | Premier Liability Plus Endorsement |
| | SL 10 11 12 15 | Contractors Plus Endorsement |
| | SL 31 00 05 16 | Data Compromise Plus |
| | CG 20 10 04 13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| * | IL 09 99 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | CG 21 88 01 15 | Conditional Exclusion of Terrorism |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.   Please retain all forms.

0014254   Printed:
01/15/20  01:45:32

 **STATE AUTO**
Insurance Companies

## ADDITIONAL INTERESTS/INSUREDS
### COMMERCIAL GENERAL LIABILTY

| OTHER INTERESTS | TYPE | LOC/BLDG |
|---|---|---|
| THE MERCHANTS COMPANY<br>MERCHANTS FOODSERVICE<br>P O BOX 1351<br>HATTIESBURG, MS 39403 | Notice of Cancellation - Scheduled Party | |
| WCP PROPERTIES,LLC<br>(SEE AML1) 1100 DR. MARTIN L<br>KING JR. BLVD, STE 300<br>NASHVILLE, TN 37203 | Notice of Cancellation - Scheduled Party | |
| THE MERCHANTS COMPANY<br>MERCHANTS FOODSERVICE<br>P O BOX 1351<br>HATTIESBURG, MS 39403 | Owners, Lessees, or Contractors | |
| CBRE INC<br>C/O GRMS<br>4447 N CENTRAL EXP STE 110-433<br>DALLAS, TX 75205 | Owners, Lessees, or Contractors | |

0014255     Printed:
01/15/20   01:45:32



## STATE AUTO
Insurance Companies

**PBP 2855775    01**

# EMPLOYMENT PRACTICE LIABILITY COVERAGE PART DECLARATIONS

---

### NOTICE

**THIS IS A CLAIMS-MADE AND REPORTED POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THIS EPL COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS OR SUITS THAT ARE FIRST MADE AGAINST THE INSUREDS DURING THE EPL COVERAGE PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. VARIOUS PROVISIONS IN THIS EPL COVERAGE RESTRICT COVERAGE. PLEASE READ THE ENTIRE EPL COVERAGE FORM CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.**

**THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS UNDER THIS EPL COVERAGE SHALL BE REDUCED BY AMOUNTS INCURRED FOR DEFENSE COSTS. AMOUNTS INCURRED FOR DEFENSE COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

---

### EMPLOYMENT PRACTICES LIMITS OF INSURANCE

**THIS POLICY PROVIDES CLAIMS-MADE COVERAGE.  PLEASE READ THE ENTIRE POLICY CAREFULLY.**

| | | |
|---|---|---|
| Aggregate Limit | **$100,000** | Annual aggregate for all "loss" combined, including "defense costs". |
| Third Party Liability Coverage Premium (Optional): | **Included** | Coverage For "Third Party Violations Coverage" is Automatically Included. |
| Deductible Amount | **$2,500** | For "Loss" Arising From Claims or Suits Alleging The Same "Wrongful Employment Act" or "Related Wrongful Employment Acts". |

Employment Practices Coverage Retroactive Date: _____

If no date is shown above, "we" will consider the EPL Retroactive Date to be the date of organization of the "named insured".  The EPL Retroactive Date will remain the same through all subsequent renewals.  No change will be made to the EPL Retroactive Date unless at the sole request of the insured.

---

# STATE AUTO
Insurance Companies

**PBP  2855775   01**

## EMPLOYMENT  PRACTICE  LIABILITY  COVERAGE  PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES  0001 |
|---|---|

| Location Address | Territory |
|---|---|
| 2940 Foster Creighton Dr<br>Nashville, TN 37204 | 503 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 24071 | Employment Practices Liability Insurance |

| PREMIUM BASIS | PER | ADVANCE PREMIUM |
|---|---|---|
| 20 Employees | 1 | $▮▮▮ |

| PREMIUM | |
|---|---|
| Total Advance Premium: | $▮▮▮ |

This insurance does not apply to "loss" arising out of a "wrongful employment act" that arises out of incidents or circumstances of which "you" had knowledge prior to the effective date of this EPL Coverage or the first EPL Coverage Form issued by "us" of which this EPL Coverage is an uninterrupted renewal.

0014257      Printed:
01/15/20   01:45:32



MOBDEC   PBP 2855775  01 01/14/2020 FO6 TAYL CPP * R   41ELIT0005590 070006

**PBP 2855775  01**

# FORMS AND ENDORSEMENTS
### APPLICABLE TO THE EMPLOYMENT PRACTICE LIABILITY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| | EP 24 12 01 14 | Employment Practices Risk Management Information |
| | EP 00 01 01 14 | Employment Practices Liability Insurance Coverage Part |
| | EP 40 04 03 14 | Nuclear Energy Liability and War Exclusion Endorsement |

0014258      Printed:
01/15/20    01:45:32

MOBDEC    PBP 2855775  01 01/14/2020  FO6 TAYL CPP*R    41ELIT0005590  070006

**STATE AUTO**
Insurance Companies

**PBP  2855775   01**

Issue Date  01/14/2020        05:06:53 PM

0014259    Printed:
01/15/20   01:45:32

**STATE AUTO**
Insurance Companies

# COMMERCIAL UMBRELLA POLICY DECLARATIONS

| NAMED INSURED AND MAILING ADDRESS:<br>First Named Insured Is Specified To Be:<br><br>**TAYLOR FORTUNE GROUP TENNESSEE**<br>**LLC DBA: AND TF GROUP LLC**<br>**4633 SANFORD ST**<br>**METAIRIE, LA 70006** | AGENT NAME AND ADDRESS:<br><br>**ELITE INSURANCE SOLUTIONS**<br>**1894 GENERAL GEORGE PATTON DR**<br>**FRANKLIN, TN 37067** | |
|---|---|---|
| POLICY PERIOD:<br>**From: 02/05/2020   To: 02/05/2021** | AGENT TELEPHONE NUMBER:<br>**(615) 371-5400** | AGT. NO.<br>**0005590** |
| COVERAGE PROVIDED BY:<br>**State Auto Property and Casualty Insurance Co.** | A STATE AUTO INSURED SINCE:           **2019** | |
| AUDITABLE POLICY:<br>**No** | POLICY STATUS:<br>**Renewal** | AFTER-HOURS CLAIMS SERVICE:<br>**1-877-SA-CLAIM   or   www.stateauto.com** | |

The coverage and these declarations are effective 12:01 AM Standard Time on **02/05/2020**   at the above mailing address.

| BUSINESS ENTITY TYPE:<br>**Ltd Liability Co** | BILLING ACCOUNT NUMBER:<br>**CB00652901**<br>**Eft Monthly** | BILLING QUESTIONS?<br>**Call 833-724-3577** |
|---|---|---|
| BUSINESS DESCRIPTION:     **Refrigeration** | | |

Upon valid payment of premium when due, these renewal declarations continue your policy for the period indicated. In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

## PREMIUM SUMMARY BY COVERAGE PARTS AND POLICIES

This policy consists of the following coverage parts or policies for which a premium is indicated. This premium may be subject to adjustment.

| SELF-CONTAINED POLICIES | PREMIUMS |
|---|---|
| Commercial Umbrella Policy | $█████████ |
| Terrorism (included in above amount) | **Included** |

These declarations together with the Common Policy Conditions and coverage form(s) and any endorsement(s) identified on these declarations and attached to your policy complete the above numbered policy.

**Countersigned** _____ **By** _____

           (Date)                                              (Authorized Representative)

0014260
01/15/20
Printed:
01:45:32

MOBDEC    PBP 2855775  01 01/14/2020 FO6 TAYL CPP*R    41ELIT0005590 070006

**STATE AUTO**
Insurance Companies

PBP 2855775  01

# FORMS AND ENDORSEMENTS
## APPLICABLE TO ALL COMMERCIAL UMBRELLA POLICY

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|-----|------|------|
| | CXS 00 01 12 15 | Commercial Umbrella Coverage Form |
| | SI 10 08 01 16 | Common Policy Jacket |
| | CXS 23 00 05 14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-related Liab - Lmtd Bodily Except Not Incl |
| | CXS 21 70 01 15 | Cap on Losses From Certified Acts of Terrorism |
| | CXS 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| | CXS 00 41 07 98 | Tennessee Changes |
| | CXS 30 01 07 98 | Following Form - Auto Liability |
| | CXS 30 12 01 12 | Contractors Limitation |
| * | PN 00 83 01 15 | Notice of Terrorism Insurance Coverage |
| * | IL 09 99 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | CXS 21 88 01 15 | Conditional Exclusion of Terrorism |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

Issue Date  01/14/2020        05:06:53 PM        **SU 50 00 (01/04) Page  002  of  002**

0014261      Printed:
01/15/20   01:45:32



# STATE AUTO
Insurance Companies

**PBP  2855775   01**

## COMMERCIAL UMBRELLA COVERAGE DECLARATIONS

### LIMIT OF INSURANCE:

Policy Aggregate Limit                    $2,000,000
Self-Insured Retention                         $0  Each Incident or Offense not
                                                       Covered by Underlying Insurance

### PREMIUM

* Total Advance Premium (Subject To Audit):                              $ 

Includes Terrorism Coverage Premium

### SCHEDULE OF UNDERLYING INSURANCE

**Auto Liability**

Underlying Insurer:  State Auto Property and Casualty Insurance Co.

Policy Number:    BAP   2474813      01

Policy Period:      From: 02/05/2020      To:  02/05/2021

Limits of Liability

    Each Accident                              $1,000,000

**General Liability**

Underlying Insurer:  State Auto Property and Casualty Insurance Co.

Policy Number:    PBP   2855775      01

Policy Period:      From: 02/05/2020      To:  02/05/2021

Limits of Liability

    Each Occurrence                            $1,000,000
    Personal and Advertising Injury            $1,000,000
    General Aggregate                          $2,000,000
    Products/Completed Operations Aggregate    $2,000,000



**STATE AUTO**
Insurance Companies

# COMMERCIAL UMBRELLA COVERAGE DECLARATIONS

| SCHEDULE OF UNDERLYING INSURANCE | Continued |
|---|---|

**Employers Liability**

Underlying Insurer:  TRAVELERS

Policy Number:     UB-3K752335-18

Policy Period:     From: 02/05/2020     To:  02/05/2021

Limits of Liability

| | |
|---|---|
| Bodily Injury Each Accident | $1,000,000 |
| Bodily Injury By Disease Policy Limit | $1,000,000 |
| Bodily Injury By Disease Each Employee | $1,000,000 |

# STATE AUTO
## Insurance Companies

**PBP 2855775   01**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

**DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM
FOR CERTIFIED ACTS OF TERRORISM COVERAGE
(PURSUANT TO TERRORISM RISK INSURANCE ACT)**

**SCHEDULE**

**SCHEDULE - PART I**
**Terrorism Premium (Certified Acts)**
**(A) Premium through end of year (12/31/        ) $**
**(B) Estimated Premium beyond the date specified above  $ Included in (A) above**
(Refer to Paragraph **D**. in this endorsement.)
**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**

All Coverage Parts shown on the declarations for which a Terrorism Premium is shown.

**Additional information, if any, concerning the terrorism premium:**

The premium shown in (A) above includes the:

a. Premium from the Effective Date through 12/31/2020; and

b. 1/1/2021 through the Expiration Date.

**SCHEDULE - PART II**
**Federal share of terrorism losses  _81_  % Year: 20   19**
(Refer to Paragraph **B**. in this endorsement.)

**Federal share of terrorism losses  _80_  % Year: 20   20**
(Refer to Paragraph **B**. in this endorsement.)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**IL0999 (01/15) Page 1 of 2**
*//*IL0999-201501

*d* Insurance Services Office, Inc., 2015

0014264   Printed:
01/15/20  01:45:32

**STATE AUTO**
Insurance Companies

**PBP 2855775   01**

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C.  Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Possibility Of Additional Or Return Premium**

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of the year specified in Part **I** of the Schedule of this endorsement, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown in **(B)** in Part **I** of the Schedule may not be appropriate.

If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium shown in **(B)** in Part **I** of the Schedule and will charge additional premium or refund excess premium, if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

**IL0999 (01/15) Page 2 of 2**

*//*IL0999-201501*

*d*  Insurance Services Office, Inc., 2015

**STATE AUTO**
Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DATA COMPROMISE PLUS

**RESPONSE EXPENSES
DEFENSE AND LIABILITY
IDENTITY RECOVERY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage under this endorsement is subject to the following:

**SCHEDULE**

**SECTION 1 - RESPONSE EXPENSES**
Data Compromise Response Expenses Limit:           $50,000     Annual Aggregate
Sublimits:
  Named Malware (Sec. 1)            $50,000 Any one "Personal Data Compromise"
  Forensic IT Review:               $ 5,000 Any one "Personal Data Compromise"
  Legal Review:                     $ 5,000 Any one "Personal Data Compromise"
  PR Services:                      $ 5,000 Any one "Personal Data Compromise"
  Regulatory Fines And Penalties    $10,000 Any one "Personal Data Compromise"
  PCI Fines And Penalties           $10,000 Any one "Personal Data Compromise"
  Response Expenses Deductible:     $2,500 Any one "Personal Data Compromise"

**SECTION 2 - DEFENSE AND LIABILITY**
Data Compromise Defense and Liability Limit:        $50,000     Annual Aggregate
Sublimit:
  Named Malware (Sec. 2)            $50,000 Any one "Personal Data Compromise"
  Defense and Liability Deductible:   $2,500    Each "Data Compromise Suit"

**SECTION 3 - IDENTITY RECOVERY**
Case Management Service:                  Service for any one "identity theft" for up to
                                          12 months
Expense Reimbursement Limit:              $15,000 Annual Aggregate
Expense Reimbursement Deductible:         $250 Any one "identity recovery insured"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to **SECTION I - COVERAGES** as an Additional Coverage.
   **SECTION 1 - RESPONSE EXPENSES**
   **DATA COMPROMISE COVERED CAUSE OF LOSS**
   Coverage under this Data Compromise Plus Coverage endorsement applies only if all of the following conditions are met:
   **1.** There has been a "personal data compromise"; and
   **2.** Such "personal data compromise" is first discovered by you during the policy period for which this Data Compromise Plus Coverage endorsement is applicable; and
   **3.** Such "personal data compromise" is reported to us within 60 days after the date it is first discovered by you.

   **COVERAGE - SECTION 1**
   If the three conditions listed above in DATA COMPROMISE - COVERED CAUSE OF LOSS have been met, then we will provide coverage for the following expenses when they arise directly from the covered cause of loss and are necessary and reasonable. Coverages **4** and **5** apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under coverage **3.**
   Please note that service providers must be approved by us as described in Additional Condition **6. - Service Providers.**

**SL3100 (05/16) Page 1 of 11**
*//*SL3100-201605

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

**STATE AUTO**
Insurance Companies

1. **Forensic Information Technology Review**
   Professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

   This does not include costs to analyze, research or determine any of the following:
   **a.** Vulnerabilities in systems, procedures or physical security;
   **b.** Compliance with PCI or other industry security standards; or
   **c.** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".
   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic Information Technology Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

2. **Legal Review**
   Professional legal counsel review of the "personal data compromise" and how you should best respond to it.
   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

3. **Notification to "Affected Individuals"**
   We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

4. **Services to "Affected Individuals"**
   We will pay your necessary and reasonable costs to provide the following services to "affected individuals".
   **a.** The following services apply to any "personal data compromise".
      **1)** Informational Materials
         A packet of loss prevention and customer support information.
      **2)** Help Line
         A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **b.1)** and **2)**
   **b.** The following additional services apply to "personal data compromise" events involving "personally identifying information".
      **1)** Credit Report and Monitoring
         A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.
      **2)** Identity Restoration Case Management
         As respects any "affected individual" who is or appears to be a victim of an "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

5. **PR Services**
   Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.
   This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for promotions:
   **a.** Provided to any of your directors or employees; or
   **b.** Costing more than $25 per "affected individual".

6. **Regulatory Fines and Penalties**
   Any fine or penalty imposed under state law, to the extent such fine or penalty is legally insurable.

**SL3100 (05/16) Page 2 of 11**
*//*SL3100-201605

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

0014267    Printed:
01/15/20   01:45:32

**7. PCI Fines and Penalties**
Any Payment Card Industry (PCI) fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

For the purpose of the **Section 1** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**

**LIMITS - SECTION 1**

**1.** The most we will pay under Response Expenses coverage is the Data Compromise Response Expenses Limit indicated for this endorsement.

**2.** The Data Compromise Response Expenses Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under **Section 1** arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

**3.** A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Response Expenses Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

**4.** The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 1) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 1) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

**5.** The most we will pay under Forensic IT Review, Legal Review, PR Services, Regulatory Fines and Penalties, PCI Fines and Penalties coverages for loss arising from any one "personal data compromise" is the applicable sublimit for each of those coverages indicated for this endorsement. These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Limit. PR Services coverage is also subject to a limit per "affected individual" as described in **5. PR Services.**

**6.** Coverage for Services to "affected individuals" is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE - SECTION 1**

Response Expenses coverage is subject to the Response Expenses Deductible indicated for this endorsement. You will be responsible for such deductible amount as respects each "personal data compromise" covered under this endorsement.

**B.** The following is added to **SECTION I - COVERAGES** as an Additional Coverage.

**SECTION 2 - DEFENSE AND LIABILITY**

**DEFENSE AND LIABILITY COVERED CAUSE OF LOSS**

Coverage under **Section 1** and **Section 2** of this Data Compromise Plus Coverage endorsement applies only if all three of the conditions in DATA COMPROMISE - COVERED CAUSE OF LOSS are met.

Only with regard to **Section 2 - Defense and Liability** coverage, the following conditions must also be met:

**1.** You have provided notifications and services to "affected individuals" in consultation with us pursuant to Response Expenses coverage; and

**2.** You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals"; and

**3.** Notice of such "data compromise suit" is received by you within two years of the date that the "affected individuals" are notified of the "personal data compromise"; and

**4.** Such "data compromise suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**COVERAGE - SECTION 2**

If all four of the conditions listed above in DEFENSE AND LIABILITY - COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense" and "data compromise liability" directly arising from the covered cause of loss.

For the purpose of the **Section 2** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**

**SL3100 (05/16) Page 3 of 11**
*//*SL3100-201605

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

**STATE AUTO**
Insurance Companies

## LIMITS - SECTION 2

1. The most we will pay under **Section 2** - Defense and Liability coverage (other than post-judgment interest) is the Data Compromise Defense and Liability Limit indicated for this endorsement.
2. The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under **Section 2** (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.
3. A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.
4. The most we will pay under Defense and Liability coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 2) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 2) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the Defense and Liability Limit.

## DEDUCTIBLE - SECTION 2

Defense and Liability coverage is subject to the Defense and Liability Deductible indicated for this endorsement. You will be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following additional exclusions apply to Paragraph **2. Exclusions** under **SECTION I - COVERAGES:**

## EXCLUSIONS - SECTION 1 AND SECTION 2

We will not pay for cost arising from the following:

1. Your intentional or willful complicity in a "personal data compromise";
2. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you;
3. Any "personal data compromise" occurring prior to the first inception of this Data Compromise Plus Coverage endorsement or any substantially similar to that described in this endorsement;
4. Cost to research or correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedure or physical security that may have contributed to a "personal data compromise";
5. Any fines or penalties imposed under federal law including, but not limited to, HIPAA fines and penalties;
6. Any criminal investigations or proceedings;
7. Any extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance;
8. Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission;
9. Your reckless disregard for the security of "personally identifying information" or "personally sensitive information" in your care, custody, or control;
10. That part of any "data compromise suit" seeking any non-monetary relief; or
11. "Bodily injury", "property damage" or "personal and advertising injury".
12. Any amount not insurable under applicable law.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, **SUPPLEMENTARY PAYMENTS** under **SECTION I - COVERAGES** do not apply.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, subparagraphs **2.b.** and **3.** of **SECTION II - WHO IS AN INSURED** do not apply.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS:**

## ADDITIONAL CONDITIONS - SECTION 1 AND SECTION 2

1. **"Data Compromise Liability" Defense**
   a. We will have the right, and the duty to assume the defense of any applicable "data compromise suit" against you. You will give us such information and cooperation as we may reasonably require.
   b. You will not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

c. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you will, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability will not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

d. We will not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit" after the Data Compromise Defense and Liability Limit has been exhausted.

e. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:
   1) after entry of judgment; and
   2) before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.
   These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

2. **Duties in the Event of a "Data Compromise Suit"**
   a. If a "data compromise suit" is brought against you, you must:
      (1) Immediately record the specifics of the "data compromise suit" and the date received;
      (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you;
      (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";
      (4) Authorize us to obtain records and other information;
      (5) Cooperate with us in the investigation, settlement or defense of the "data compromise suit";
      (6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and
      (7) Take no action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".
   b. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.
   c. If you become aware of a claim or complaint that may become a "data compromise suit", you will promptly inform us of such claim or complaint.

3. **Due Diligence**
   You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:
   a. Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;
   b. Providing and maintaining appropriate computer and Internet security;
   c. Maintaining and updating at appropriate intervals backups of computer data;
   d. Protecting transactions, such as processing credit card, debit card and check payments; and
   e. Appropriate disposal of files containing "personally identifying information" or "personally sensitive information" including shredding hard copy files and destroying physical media used to store electronic data.

4. **Legal Advice**
   We are not your legal advisor. Our determination of what is or is not covered under this Data Compromise Plus Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

5. **Pre-Notification Consultation**
   You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under this Data Compromise Plus Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition **6. Service Providers**. You must provide the following at our pre-notification consultation with you:
   a. The exact list of "affected individuals" to be notified, including contact information;
   b. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals"; and

**SL3100 (05/16) Page 5 of 11**
*//*SL3100-201605

**d** 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

c. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Response Expenses Limit.

**6.  Service Providers**

a. We will only pay under this Data Compromise Plus Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Plus Coverage. We will not unreasonably withhold such approval.

b. Prior to the Pre-Notification Consultation described in Additional Condition **5.** above, you must come to agreement with us regarding the service provider(s) to be used for the notification to **"Affected Individuals"** and services to **"Affected Individuals"**. We will suggest a service provider; however, if you prefer to use an alternate service provider, our coverage is subject to the following limitations:

(1) Such alternate service provider must be approved by us;

(2) Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

(3) Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**7.  Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise Plus coverage:

a. The effectiveness of such services depends on your cooperation and assistance;

b. All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions;

c. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events; and

d. You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following is added to **SECTION V - DEFINITIONS:**

**DEFINITIONS - SECTION 1 AND SECTION 2**

1. "Affected individual" means any person who is your current, former or prospective customer, client, member, owner, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:

a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual";

b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

1) If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours;

2) If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours; or

3) You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy; and

c. An "affected individual" may reside anywhere in the world.

**SL3100 (05/16) Page 6 of 11**
*//*SL3100-201605

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

0014271   Printed:
01/15/20  01:45:32

**2.** "Data Compromise Defense Costs" means expenses resulting solely from the investigation, defense and appeal of any "data compromise suit" against you. Such expenses must be reasonable and necessary. They will be incurred by us. They do not include your salaries or your loss of earnings. They do include premiums for any appeal bond, attachment bond or similar bond, but we have no obligation to apply for or furnish any such bond.

**3.** "Data Compromise Liability"
    **a.** "Data compromise liability" means the following, when they arise from a "data compromise suit":
        **1)** Damages, judgments or settlements to "affected individuals";
        **2)** Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or by court order; and
        **3)** Pre-judgment interest on that part of any judgment paid by us.
    **b.** "Data compromise liability" does not mean:
        **1)** Damages, judgments or settlements to anyone who is not an "affected individual";
        **2)** Civil or criminal fines or penalties imposed by law;
        **3)** Punitive or exemplary damages;
        **4)** The multiplied portion of multiplied damages;
        **5)** Taxes; or
        **6)** Matters which may be deemed uninsurable under the applicable law.

**4.** "Data Compromise Suit"
    **a.** "Data Compromise Suit" means a civil proceeding in which damages to one or more "affected individuals" arising from a "personal data compromise" or the violation of a governmental statute or regulation are alleged. Such proceeding must be brought in the United States of America, Puerto Rico or Canada. "Data compromise suit" includes:
        **1)** An arbitration proceeding in which such damages are claimed, and to which you must submit or do submit with our consent;
        **2)** Any other alternative dispute resolution proceeding in which such damages are claimed, and to which you submit with our consent; or
        **3)** A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.
    **b.** "Data compromise suit" does not mean any demand or action brought by or on behalf of someone who is:
        **1)** Your director or officer;
        **2)** Your owner or part-owner; or
        **3)** A holder of your securities;
    in their capacity as such, whether directly, derivatively, or by class action. "Data compromise suit" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual".
    **c.** "Data compromise suit" does not mean any demand or action brought by an organization, business, institution, or any other party that is not an "affected individual" or governmental entity. "Data compromise suit" does not mean any demand or action brought on behalf of an organization, business, institution, governmental entity or any other party that is not an "affected individual".

**5.** "Identity Theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**6.** "Malware-Related Compromise" means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT*E* Coordination Center, McAfee*E*, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**7.** "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in, or have the reasonable possibility of resulting in, the fraudulent use of such information. This definition is subject to the following provisions:

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

0014272   Printed:
01/15/20  01:45:32

**STATE AUTO**
Insurance Companies

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in your direct care, custody or control of:
1) You; or
2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.
b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:
1) The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and
2) Such disposal or abandonment must take place during the time period for which this Data Compromise Plus Coverage endorsement is effective;
c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof; and
d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".
8. "Personally identifying information" means information, including health information, which could be used to commit fraud or other illegal activity involving the credit, access to health care, or identity of an "affected individual". This includes but is not limited to Social Security numbers or account numbers.
"Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.
9. "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.
"Personally sensitive information" does not mean or include "personally identifying information".
C. The following is added to **SECTION I - COVERAGES** as an Additional Coverage.
**SECTION 3 - IDENTITY RECOVERY COVERAGE**
**COVERAGE - SECTION 3**
We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:
1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and
2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and
3. Such "identity theft" is reported to us within 60 days after the date it is first discovered by the "identity recovery insured".
If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":
1. **Case Management Service**
Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and
2. **Expense Reimbursement**
Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".
For the purpose of the **Section 3** coverage under this endorsement only, the following is added to Paragraph **2. Exclusions** under **SECTION I - COVERAGES:**
**EXCLUSIONS - SECTION 3**
We do not cover loss or expense arising from any of the following:
1. The theft of a professional or business identity;
2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act; or
3. An "identity theft" that is not reported in writing to the police.
For the purpose of the **Section 3** coverage under this endorsement only, **SUPPLEMENTARY PAYMENTS** under **SECTION I - COVERAGES** do not apply:
For the purpose of the **Section 3** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**

**SL3100 (05/16) Page 8 of 11**
*/*SL3100-201605

***d*** 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

STATE AUTO
Insurance Companies

## LIMITS - SECTION 3
1. Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement Coverage.
2. Expense Reimbursement Coverage is subject to the Expense Reimbursement Limit indicated for this endorsement. The Expense Reimbursement Limit is an annual aggregate limit per "identity recovery insured". Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12 month period starting with the beginning of the present annual policy
period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.
3. Legal costs as provided under item **d.** of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.
4. Item **e.** (Lost Wages) and item **f.** (Child Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".
5. Item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".
6. Item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

## DEDUCTIBLE - SECTION 3
1. Case Management Service is not subject to a deductible.
2. Expense Reimbursement Coverage is subject to the Expense Reimbursement Deductible indicated for this endorsement. Any one "identity recovery insured" will be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

For the purpose of the coverage under **Section 3** under this endorsement only, **SECTION II - WHO IS AN INSURED** does not apply.
For the purpose of the **Section 3** coverage under this endorsement only, the following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

## ADDITIONAL CONDITIONS - SECTION 3
1. **Help Line**
   a. For assistance, the "identity recovery insured' should call the **Identity Recovery Help Line** at **1-800-414-9783.**
   b. The **Identity Recovery Help Line** can provide the "identity recovery insured" with:
      1) Information and advice for how to respond to a possible "identity theft; and
      2) Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.
      In some cases, we may provide Case Management Services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under this policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.
   c. As respects Expense Reimbursement Coverage the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claims for "identity recovery expenses".
2. **Services**
   The following conditions apply as respects any services provided by us or our designee to any "identity recovery insured" under this endorsement:
   a. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured";

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

STATE AUTO
Insurance Companies

   **b.** All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors of foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions; and

   **c.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts".

For the purpose of the **Section 3** coverage under this endorsement only, the following is added to **SECTION V - DEFINITIONS:**

**DEFINITIONS - SECTION 3**

**1.** "Identity Recovery Case Manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**2.** "Identity Recovery Expenses" means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

   **a.** Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft";

   **b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft";

   **c.** Costs for credit reports from established credit bureaus;

   **d.** Fees and expenses for an attorney approved by us for the following:

      **1)** The defense of any civil suit brought against an "identity recovery insured";

      **2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured";

      **3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency;

      **4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report; and

      **5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured";

   **e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours;

   **f.** Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured";

   **g.** Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured"; and

   **h.** Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

      **1)** Such costs include:

      **(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity; and

      **(b)** Deductibles or service fees from financial institutions.

      **2)** Such costs do not include:

      **(a)** Costs to avoid, prevent or detect "identity theft" or other loss;

      **(b)** Money lost or stolen; and

      **(c)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**3.** "Identity Recovery Insured" means the following:

   **a.** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity;

   **b.** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners; or

**SL3100 (05/16) Page 10 of 11**
*//*SL3100-201605*

**d** 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

**STATE AUTO**
Insurance Companies

    **c.** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all the individuals having ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" will be:

        **1)** The chief executive of the insured entity; or

        **2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured".

**4.** "Identity Theft" means the fraudulent use of the social security number or other method of identifying an "identity recovery insured". This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts, or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

*d* 2006, 2009, 2016
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.



**STATE AUTO**
Insurance Companies

**PBP 2855775    01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** Applicability Of The Provisions Of This Endorsement

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   **a.** The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   **b.** A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      **(1)** Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      **(2)** Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      **(3)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   **a.** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   **b.** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

**CG2188 (01/15) Page 1 of 2**
*//*CG2188-201501

*d* Insurance Services Office, Inc., 2015

## STATE AUTO
Insurance Companies

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**
We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism".

"Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**CG2188 (01/15) Page 2 of 2**
*//*CG2188-201501

*d* Insurance Services Office, Inc., 2015

# STATE AUTO
## Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PARTSTANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| GA,IA,IL,MO,NC,WV,WI | Commercial Property |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Applicability Of The Provisions Of This Endorsement

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

   (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

   (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

   (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

*//*IL0996-200701

*d* ISO Properties, Inc., 2005

0014279   Printed:
01/15/20  01:45:32

**STATE AUTO**
Insurance Companies

**2.** If the provisions of this endorsement become applicable, such provisions:

**a.** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

**b.** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

**3.** If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism".

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

**1.** When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**IL0996 (01/07) Page 2 of 2**
*/*IL0996-200701

*d* ISO Properties, Inc., 2005

0014280   Printed:
01/15/20   01:45:32

MODBEC    PBP  2855775  01 01/14/2020 FO6 TAYL CPP* R    41ELIT0005590  070006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE FORM

**A.** Applicability Of The Provisions Of This Endorsement

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   **a.** The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or

   **b.** A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      **(1)** Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      **(2)** Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      **(3)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   **a.** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   **b.** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

Issue Date  01/14/2020        05:06:53 PM

**STATE AUTO**
Insurance Companies

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

C. The following exclusion is added:
**EXCLUSION OF TERRORISM**
We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

*//*CXS2188-201501

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

Issue Date  01/14/2020        05:06:53 PM

0014282    Printed:
01/15/20   01:45:32