**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE CO., | |
| Plaintiff–Counter-Defendant, | |
| versus | Civil Action No. 2:21-cv-02174-ILRL-DPC |
| TAYLOR FORTUNE GROUP TENNESSEE, LLC, | Section B<br>District Judge Lemelle<br>Magistrate Judge Currault |
| Defendant–Counter-Plaintiff. | |

**PLAINTIFF–COUNTER-DEFENDANT**
**STATE AUTO PROPERTY AND CASUALTY INSURANCE CO.'S**
**MOTION TO STRIKE OR DISMISS UNTIMELY COUNTERCLAIM**

NOW INTO COURT, through undersigned counsel, comes Plaintiff–Counter-Defendant State Auto Property and Casualty Insurance Co. ("State Auto"), who respectfully moves this Court to strike or dismiss the Counterclaim (Rec. Doc. 21 at 22–28) of Defendant–Counter-Plaintiff Taylor Fortune Group Tennessee LLC ("TFGroup"), on the basis that the Counterclaim is untimely under both this Court's Scheduling Order and the Federal Rules of Civil Procedure.

WHEREFORE, State Auto prays this Court to strike or dismiss TFGroup's Counterclaim, for the reasons set forth in detail in the attached memorandum, and for such other relief as is proper in the circumstances.

Respectfully submitted this the 2nd day of November, 2022,

        **MAYNARD COOPER & GALE, P.C.**

        /s/ *Christopher C. Frost*
        CHRISTOPHER C. FROST (*pro hac vice*)
        JOSHUA B. BAKER (*pro hac vice*)
        CALEB C. WOLANEK (*pro hac vice*)
        1901 Sixth Avenue North, Suite 1700
        Birmingham, AL 35203
        T: (205) 254-1000
        F: (205) 254-1999
        jbaker@maynardcooper.com
        cfrost@maynardcooper.com
        cwolanek@maynardcooper.com

        **SCANDURRO & LAYRISSON, L.L.C.**
        TIMOTHY D. SCANDURRO, Bar #18424
        DEWEY M. SCANDURRO, Bar #23291, T.A.
        607 St. Charles Avenue
        New Orleans, LA 70130
        T: (504) 522-7100
        F: (504) 529-6199
        tim@scanlayr.com
        dewey@scanlayr.com

        *Attorneys for Plaintiff–Counter-Defendant*
        *State Auto Property and Casualty Insurance Co.*

- 3 -

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served on all counsel of record via CM/ECF, this day, November 2, 2022.

                                                  /s/ *Christopher C. Frost*
                                                  Of Counsel