UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE AUTO PROPERTY &** | **:** | **CIVIL ACTION NO: 21-2174** |
| **CASUALTY INSURANCE CO.** | | **SEC. B-2** |
| | | |
| **VERSUS** | **:** | **JUDGE LEMELLE** |
| | | |
| **TAYLOR FORTUNE GROUP** | | |
| **TENNESSEE, LLC** | **:** | **MAGISTRATE JUDGE CURRAULT** |

### DEFENDANTS' SUPPLEMENTAL WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **Taylor Fortune Group Tennessee, LLC,** who respectfully submits the following supplemental list of witnesses and exhibits in support of its counterclaims against Plaintiff, State Auto Property & Casualty Insurance Co., in accordance with the Order dated April 4, 2023:

A. **WITNESSES**

1. James Shelton- member of Taylor Fortune Group, LLC (identified previously in TFG's original Witness and Exhibit List)- will testify as to the tender of the claim, the circumstances pertaining to State Auto's denial of same, and/or the extent of damages incurred as a result thereof- to be contacted through undersigned;

2. Matthew Martin- member of Taylor Fortune Group, LLC (identified previously in TFG's original Witness and Exhibit List)- will testify as to the tender of the claim, the circumstances pertaining to State Auto's denial of same, and/or the extent of damages incurred as a result thereof- to be contacted through undersigned;

B. **EXHIBITS**

1. State Auto business insurance policy No. PBP 2855775 00 (identified previously in TFG's original Witness and Exhibit List);

2. State Auto business insurance policy No. PBP 2855775 01 (identified previously in TFG's original Witness and Exhibit List);

3. Initial Complaint filed in the Underlying Action, *Kytch, Inc. v. Jonathan Tyler Gamble; J.L. Gamble Management, LLC dba McDonald's; TFGroup LLC; and Taylor Commerical Foodservice, LLC dba Taylor Company*, Superior Court for the State of California for the County of Alameda, case number RG21099155 (identified previously in TFG's original Witness and Exhibit List);

4. First Amended Complaint filed in the Underlying Action, *Kytch, Inc. v. Jonathan Tyler Gamble; J.L. Gamble Management, LLC dba McDonald's; TFGroup LLC; and Taylor Commerical Foodservice, LLC dba Taylor Company*, Superior Court for the State of California for the County of Alameda, case number RG21099155 (identified previously in TFG's original Witness and Exhibit List);

5. Second Amended Complaint filed in the Underlying Action, *Kytch, Inc. v. Jonathan Tyler Gamble; J.L. Gamble Management, LLC dba McDonald's; TFGroup LLC; and Taylor Commerical Foodservice, LLC dba Taylor Company*, Superior Court for the State of California for the County of Alameda, case number RG21099155 (identified previously in TFG's original Witness and Exhibit List);

6. Correspondence between the parties and/or their counsel:

    i. Correspondence letter from TFGT representative tendering the Underlying Action for defense and indemnity to State Auto;

   ii. Correspondence dated November 9, 2021 from State Auto- declination letter;

   iii. Correspondence dated November 12, 2021 from TFGT to State Auto explaining the basis for necessary coverage;

   iv. Correspondence dated November 24, 2021 from State Auto- declination letter;

   v. Correspondence dated August 1, 2022 from State Auto- participation letter; and

   vi. various email correspondence between the parties and/or their counsel, including any and all invoices submitted for payment;

7. Invoices pertaining to attorneys' fees incurred to enforce State Auto coverage, and/or to defend against State Auto's declaratory judgment action;

8. Invoices pertaining to attorneys' fees not paid, or underpaid, by State Auto subsequent to the filing of the First Amended Complaint in the Underlying Action;

9. Any and all pleadings filed in the Underlying Action, *Kytch, Inc. v. Jonathan Tyler Gamble; J.L. Gamble Management, LLC dba McDonald's; TFGroup LLC; and Taylor Commerical Foodservice, LLC dba Taylor Company*, Superior Court for the State of California for the County of Alameda, case number RG21099155 (identified previously in TFG's original Witness and Exhibit List);

10. Any and all documents disclosed during the course of discovery in the Underlying Action, *Kytch, Inc. v. Jonathan Tyler Gamble; J.L. Gamble Management, LLC dba McDonald's; TFGroup LLC; and Taylor Commerical Foodservice, LLC dba Taylor Company*, Superior Court for the State of California for the County of

Alameda, case number RG21099155 (identified previously in TFG's original Witness and Exhibit List, and to be supplemented as that matter proceeds);

11. Any deposition transcripts, and exhibits to same, taken in this matter (identified previously in TFG's original Witness and Exhibit List);

12. Any exhibit introduced in the Underlying Action (identified previously in TFG's original Witness and Exhibit List);

13. Any exhibit introduced by State Auto (identified previously in TFG's original Witness and Exhibit List);

14. Any exhibit needed for impeachment or rebuttal (identified previously in TFG's original Witness and Exhibit List);

Respectfully submitted,

SCOTT VICKNAIR, LLC


    */s/* Caitlin B. Carrigan
DAVID P. VICKNAIR #34135
BRAD P. SCOTT, #28220
**CAITLIN B. CARRIGAN #33754**
909 Poydras Street, Suite 2025
New Orleans, Louisiana 70112
Telephone (504) 500-1111
Facsimile (504) 226-2339
david@svlaw.law
brad@svlaw.law
caitlin@svlaw.law
*ATTORNEYS FOR DEFENDANT*


    /s/ Thomas P. Diaz
Thomas P. Diaz (Bar #18863)
Cecilia G. Vazquez (Bar #39373)
**LISKOW & LEWIS**

Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
tpdiaz@liskow.com
*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and all non-CM/ECF participants were otherwise served by electronic transmission, facsimile transmission and/or U.S. Mail, properly addressed and postage prepaid this 10th day of April, 2023.

_____/s/ Caitlin B. Carrigan_____
Caitlin B. Carrigan