MINUTE ENTRY
CURRAULT, M.J.
April 11, 2023
**MJSTAR: 3:42**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE CO. | * | CIVIL ACTION |
| | * | NO. 21-2174 |
| VERSUS | | |
| | * | SECTION "B" DIV. (2) |
| TAYLOR FORTUNE GROUP TENNESSEE, LLC | * | |

    A settlement conference was conducted on this date before the undersigned magistrate judge. Although the parties were unable to resolve the primary coverage dispute raised herein, the parties have agreed to resolve certain ancillary issues, specifically all issues relating to past defense costs as well as Defendant/Counter-Plaintiff's bad faith/penalty claims asserted in its Counterclaim (ECF No. 21). In addition, the parties have agreed to ask for a 6-month stay of this matter during which Plaintiff/Counter-Defendant will maintain the status quo of its decision to provide a defense under a reservation of rights. At expiration of the 6-month stay, the parties will meet and confer in good faith to assess whether an extension of the stay is advisable for each of them at that time or whether the matter should proceed toward resolution of the coverage dispute.

    By copy of this minute entry, Judge Lemelle is advised of the **partial** settlement and parties' joint request that this matter be stayed for 6 months.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. IVAN L.R. LEMELLE**