IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE CO., | |
| Plaintiff–Counter-Defendant, | |
| versus | Civil Action No. 2:21-cv-02174-ILRL-DPC |
| TAYLOR FORTUNE GROUP TENNESSEE, LLC, | Section B<br>District Judge Lemelle<br>Magistrate Judge Currault |
| Defendant–Counter-Plaintiff. | |

**PLAINTIFF–COUNTER-DEFENDANT
STATE AUTO PROPERTY AND CASUALTY INSURANCE CO.'S
MOTION TO LIFT THE STAY**

NOW INTO COURT, through undersigned counsel, comes Plaintiff–Counter-Defendant State Auto Property and Casualty Insurance Co. ("State Auto"), who respectfully moves this Court to lift the stay of this action.

State Auto filed this action seeking a declaratory judgment that it has no duty to defend or indemnify Defendant–Counter-Plaintiff Taylor Fortune Group Tennessee, LLC ("TFG") against the Underlying Action. As an element of a partial settlement, the parties agreed to a six-month stay starting in April 2023, *see* Rec. Docs. 50, 51, and this Court stayed this case "without prejudice to being timely reopened," Rec. Doc. 52 at 1. The agreed-on six months have now expired, and there is no support for a continued stay. This case and the Underlying Action are not parallel, and none of the relevant factors support abstaining from this civil action. A continued stay also risks prejudice to State Auto, but lifting the stay will not cause any prejudice.

WHEREFORE, State Auto prays this Court to lift the stay of this action, for the reasons set forth in detail in the attached memorandum, and for such other relief as is proper in the circumstances.

Respectfully submitted this the 23rd day of October, 2023,

           **MAYNARD NEXSEN PC**

           /s/ *Christopher C. Frost*
           CHRISTOPHER C. FROST (*pro hac vice*)
           JOSHUA B. BAKER (*pro hac vice*)
           CALEB C. WOLANEK (*pro hac vice*)
           1901 Sixth Avenue North, Suite 1700
           Birmingham, AL 35203
           T: (205) 254-1000
           F: (205) 254-1999
           cfrost@maynardnexsen.com
           jbaker@maynardnexsen.com
           cwolanek@maynardnexsen.com

           **SCANDURRO & LAYRISSON, L.L.C.**
           TIMOTHY D. SCANDURRO, Bar #18424
           DEWEY M. SCANDURRO, Bar #23291, T.A.
           607 St. Charles Avenue
           New Orleans, LA 70130
           T: (504) 522-7100
           F: (504) 529-6199
           tim@scanlayr.com
           dewey@scanlayr.com

           *Attorneys for Plaintiff–Counter-Defendant*
           *State Auto Property and Casualty Insurance Co.*

- 3 -

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served on all counsel of record via CM/ECF, this day, October 23, 2023.

                                            /s/ *Christopher C. Frost*
                                            Of Counsel