UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE AUTO PROPERTY & CASUALTY INSURANCE CO.** | : | **CIVIL ACTION NO: 21-2174 SEC. B-2** |
| **VERSUS** | : | **JUDGE LEMELLE** |
| **TAYLOR FORTUNE GROUP TENNESSEE, LLC** | : | **MAGISTRATE JUDGE CURRAULT** |

## JOINT MOTION TO CONTINUE STAY

**NOW INTO COURT**, though undersigned counsel, come Plaintiff State Auto Property and Casualty Insurance Co. (State Auto) and Defendant Taylor Fortune Group Tennessee, LLC (TFGT), who jointly move this Court for an order continuing the current stay of this matter. In support of this motion, the parties show this Court as follows:

On April 26, 2023, this Court entered an order staying this action. (Rec. Doc. 52.) On January 24, 2024, this Court held that State Auto has a duty to defend TFGT against the underlying state-court action. (Rec. Doc. 64 at 1.) At the same time, this Court ordered that, as to State Auto's claim for declaratory relief regarding the duty to indemnify, and as to TFGT's counterclaim for breach of contract, this action would remain stayed. (*Id.*) On July 25, 2024, and again on January 28, 2025, the Court continued the stay of this action. (Rec. Docs. 67, 69.)

The Court set a deadline of July 25, 2025, for a motion to reopen this case or to "continue the stay pending resolution of the settlement in the underlying California state court action." (Rec. Doc. 69 at 1.) The parties in the underlying state-court action have settled the underlying case, resulting in an order dismissing that state-court action with prejudice. State Auto and TFGT remain engaged in settlement discussions for this action. State Auto and TFGT agree it is in the interest of efficiency to

1

continue to stay this action, and they jointly move this Court to continue to stay this action for another two months, until September 25, 2025.

                                               Respectfully submitted,

Dated: July 24, 2025                            **MAYNARD NEXSEN, PC**

                                               /s/ *Christopher C. Frost*
CHRISTOPHER C. FROST (*pro hac vice*)
JOSHUA B. BAKER (*pro hac vice*)
CALEB C. WOLANEK (*pro hac vice*)
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
F: (205) 254-1999
cfrost@maynardnexsen.com
jbaker@maynardnexsen.com
cwolanek@maynardnexsen.com

and

**SCANDURRO & LAYRISSON**
TIMOTHY D. SCANDURRO, Bar #18424
DEWEY M. SCANDURRO, Bar #23291
607 St. Charles Avenue
New Orleans, LA 70130
T: (504) 522-7100
F: (504) 529-6199
tim@scanlayr.com
dewey@scanlayr.com

*ATTORNEYS FOR PLAINTIFF*

**SCOTT VICKNAIR, LLC**
DAVID P. VICKNAIR #34135
BRAD P. SCOTT, #28220
CAITLIN B. CARRIGAN #33754
909 Poydras Street, Suite 2025
New Orleans, Louisiana 70112
Telephone (504) 500-1111
Facsimile (504) 226-2339
david@svlaw.law
brad@svlaw.law
caitlin@svlaw.law

2

and

**LISKOW & LEWIS**

/s/ *Thomas P. Diaz*
Thomas P. Diaz (Bar #18863)
Cecilia G. Vazquez (Bar #39373)
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108

*ATTORNEYS FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and all non-CM/ECF participants were otherwise served by electronic transmission, facsimile transmission, and/or U.S. Mail, properly addressed and postage prepaid, this 24th day of July, 2025.

                                            /s/ *Christopher C. Frost*
                                            Of Counsel